# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

FILED
OCT 31 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA
v.
**LYDIA BRYNN CHRISTENSEN**

## CRIMINAL COMPLAINT

CASE NUMBER: W19-254M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

From on or about **October 8, 2018** and continuing until on or about **December 11, 2018,** in **Bell** County, in the Western District of Texas, defendant(s), **did knowingly receive and distribute and attempted to receive and distribute visual depictions, using any means or facility of interstate or foreign commerce and that had been shipped or transported in or affecting interstate or foreign commerce, and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct,** in violation of Title **18**, United States Code, Section(s) **2252A(a)(2)**.

I further state that I am a(n) **Special Agent, Federal Bureau of Investigation,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

JOHN W. ANDERSON, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

October 31, 2019
Date
Jeffrey C. Manske
U.S. Magistrate Judge
Name & Title of Judicial Officer

Waco, Texas
City and State

Signature of Judicial Officer

United States District Court

Western District of Texas, Waco Division

Affidavit

1. Your Affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed as an SA of the FBI for over 14 years and am currently assigned to the San Antonio Division, Waco Resident Agency (WRA) in Waco, Texas. I am currently assigned to a violent crime squad where my responsibilities include enforcing federal criminal statutes, including investigating crimes against children such as sexual exploitation of children and child pornography. As part of these duties, your Affiant has become involved in the investigation of suspected violations of Title 18, United States Code, §§ 2252A(a)(2). The facts in this affidavit come from you Affiant's personal observations, his training and experience, and information obtained from other law enforcement officers and witnesses.

2. At all times in this affidavit the phrase "child pornography" is used solely as shorthand for visual depictions of actual minors engaged in sexually explicit conduct, as these terms are defined in Title 18, United States Code, § 2256.

3. The statements contained in this affidavit are based on information provided to your Affiant by other law enforcement officers who investigate these types of crimes against children and through his personal investigation. Your Affiant has set forth herein the facts I believe are necessary to establish probable cause of said violation exists.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, you Affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only facts that I believe are necessary to establish probable cause.

Background of the Investigation

5. On April 7, 2019, the Temple Police Department (TPD) received a telephone call from Nathaniel Smith. Smith, who was calling from inside of his parked car, advised he had just left the residence of Lydia Brynn Christensen. Smith had been at Christensen's residence for the purpose of "Netflix and chill," which in his words, meant a mutual agreement to meet for sexual intercourse. During his visit, Smith asked for Christensen's cell phone, and she gave it to him. Smith began looking

through the pictures on Christensen's phone and saw "pictures of a small female child, under the age of 2, engaging in sex acts with an adult male." Smith stated he also saw videos, one of which appeared to show an "underage girl about to perform oral sex."

6. Based upon Smith's statements, a report was made and forwarded for investigation by the TPD Special Crimes Unit.

7. TPD investigators made contact with Smith at Smith's residence and presented him with a photo lineup. Smith identified photograph #4 as being the individual that he was with and whose cell phone he viewed. Photograph #4 in the lineup was a Texas driver's license photo of Lydia Brynn Christensen.

8. On August 29, 2019, TPD obtained a state search warrant for the cell phone of Christensen. The warrant was executed the following day.

9. Over the next few weeks, the contents of Christensen's cell phone were reviewed by TPD Detective Kenneth McRae. Detective McRae observed the following:

    a. Numerous images of minor males and females, believed to be under the age of 12, engaged in sex acts and/or lasciviously displaying genitalia. Of these images, 27 are known by hash value to the National Center for Missing and Exploited Children (NCMEC) as being child pornography.

    b. Eight (8) videos depicting minor children engaged in sex acts, to include children that appear to be under the age of 12.

    c. Numerous communications on Kik Messenger, a social media site, in which Christensen receives and distributes child pornography, for example (NOTE: the following are one example of several communications in which child pornography was received and distributed):

        i. <u>Receives</u>: On December 11, 2018, in communication with "DrowningAtlas17," Christensen received three images depicting a minor female in a bathtub displaying her genitalia.
        ii. <u>Distributes</u>: On October 8, 2018, Christenson is communicating via Kik Messenger with "Thunderous Legion of Dawn." Christensen sent four (4) images of females, all of which appear to be under the age of 12 years old to "Thunderous Legion of Dawn." They are described as:

            1. A young, nude female kneeling and holding the penis of an adult male with her left hand.

      2. A young, nude female wrapping her inner thighs around the penis of an adult male.
      3. A young, nude female with an adult male penis laying across the top of her vagina.
      4. A young, nude female with her vaginal area being penetrated by an adult male penis.

  iii. <u>Solicits</u>: On November 9, 2018, during a Kik Messenger chat with "DrowningAtlas," "DrowningAtlas" sent an image that constitutes child pornography to Christensen and says, "I play with my daughter's pussy when I bathe her. It gets me so hard and she loves when I rub my dick on her pussy." Christensen responds, "I want more videos of that."

<u>Conclusion</u>

10. Based upon the aforementioned facts, there is probable cause to believe that one or more violations of 18 U.S.C., §§ 2252A(a)(2) have been committed by Lydia Brynn Christensen.

11. Accordingly, your Affiant respectfully requests that an arrest warrant be issued for Lydia Brynn Christensen.

12. Since this investigation is continuing, disclosure of the arrest warrant and this affidavit may jeopardize the ongoing criminal investigation. Accordingly, I request that the Court issue and order that the arrest warrant and this affidavit be filed under seal until further order of this court. FURTHER AFFIANT SAYETH NAUGHT.

_____
JOHN W. ANDERSON, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me on the 31st day of October, 2019.

_____
JEFFEREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE